# United States Court of Appeals for the Fifth Circuit

---

No. 24-60407

---

United States Court of Appeals
Fifth Circuit

**FILED**

October 22, 2024

Lyle W. Cayce
Clerk

THEDOVE MEDIA, INCORPORATED,

*Petitioner,*

*versus*

FEDERAL COMMUNICATIONS COMMISSION; UNITED STATES OF
AMERICA,

*Respondents.*

---

Petition for Review from an Order of the
Federal Communications Commission
Agency No. 24-18

---

ORDER:

IT IS ORDERED that Respondent's opposed motion to stay
further proceedings in this court pending the court's decision in *National
Religious Broadcasters v. FCC* case Nos. 24-60219 consolidated with 24-60226
is DENIED WITHOUT PREJUDICE.

STEPHEN A. HIGGINSON
*United States Circuit Judge*