

November 12, 2024

VIA CM/ECF

Honorable Lyle W. Cayce
Clerk of the Court
U.S. Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

Re: Declarations in Support of Article III Standing in *theDove Media, Inc. v. Federal Communications Commission and the United States of America*, No. 24-60407

Dear Mr. Cayce:

The attached Exhibit is filed by Petitioner theDove Media, Inc. in support of its standing to sue under Article III of the Constitution.

                                                  Respectfully submitted,

                                                  OLIVER J. DUNFORD*
                                                    *Counsel for Petitioners*

                                                    *Admitted to the bars of California, Florida, and Ohio

CC: All Counsel

No. 24-60407

# In the United States Court of Appeals for the Fifth Circuit

theDove Media, Inc.,

*Petitioner,*

v.

Federal Communications Commission
and United States of America,

*Respondents.*

*On Petition for Review of an Order
of the Federal Communications Commission*

## DECLARATION OF PERRY ATKINSON

I, Perry Atkinson, hereby state as follows:

1. I am over the age of 18 years, and I make this declaration based on my personal knowledge of the matters stated herein.

2. I am the President and Chief Executive Officer of theDove Media, Inc., a non-profit corporation in Oregon.

3. I understand that the Federal Communications Commission has issued a *Fourth Report and Order, Order on Reconsideration, and*

- 1 -

*Second Further Notice of Proposed Rulemaking* (Order). This Order requires "[e]ach licensee or permittee of a commercially or noncommercially operated AM, FM, TV, Class A TV or International Broadcast station with five or more full-time employees" to identify the race, ethnicity, and sex (including gender identity) of each of its employee and annually file that information, through Form 395-B, with the FCC. *Id.*, p. 38 (revised 47 C.F.R. § 73.3612). The Order further requires that this Form 395-B information be publicly disclosed on the FCC's website. *Id.* ¶37.

4. theDove Media owns the licensee of AM, FM, and TV broadcast stations with five or more full-time employees.

5. theDove Media is a member of the National Religious Broadcasters and the Oregon Broadcasters Association.

6. theDove Media will be harmed if it is required to comply with the Form 395-B requirement, as it imposes an increased regulatory burden that will require time and resources to be spent each year surveying its employees and preparing and filing the Form 395-B report. Additional resources may be required each year in ensuring legal compliance and responding to any third-party claims regarding Form 395-B.

7. The Form 395-B requirement will compel theDove Media to make disclosures on race and gender to the FCC and the public that theDove Media would not otherwise make.

\* \* \*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on NOVEMBER 11, 2024.

_____
**PERRY ATKINSON**
*President/CEO, theDove Media, Inc.*