# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

March 07, 2025

Mr. Wilson Freeman
Pacific Legal Foundation
555 Capitol Mall
Suite 1290
Sacramento, CA 95814

Mr. William Scher
Federal Communications Commission
Office of General Counsel
45 L Street, N.E.
Washington, DC 20554

No. 24-60407  theDove Media v. FCC
USDC No. 24-18

Dear Counsel,

Your appeal has been placed in abeyance this date pending a decision in Fifth Circuit case No. 24-60219/24-60226, *National Religious Broadcasters, Et Al. v. FCC, Et Al.*

Accordingly, the oral argument previously scheduled for March 31, 2025, is canceled. The oral argument will be reset for a later date if necessary.

Sincerely,

LYLE W. CAYCE, Clerk

By: *Charles Whitney*
Charles B. Whitney, Deputy Clerk
504-310-7679

cc:
Mr. Oliver J. Dunford
Ms. P. Michele Ellison
Mr. Jacob Matthew Lewis
Mr. Robert J. Wiggers