No. 24-60407

# In the United States Court of Appeals for the Fifth Circuit

theDove Media, Inc.,

*Petitioner*,

v.

Federal Communications Commission
and United States of America,

*Respondents*.

On Petition for Review of an Order
of the Federal Communications Commission

**UNOPPOSED MOTION TO VOLUNARILY
DISMISS PETITION**

Oliver J. Dunford
Pacific Legal Foundation
4440 PGA Blvd., Suite 307
Palm Beach Gardens, FL 33410
Telephone: (916) 503-9060
ODunford@pacificlegal.org

*Counsel for Petitioner*

Petitioner theDove Media, Inc., pursuant to Federal Rule of Appellate Procedure 42(b) and Fifth Circuit Rule 42.1, moves to dismiss this petition for review. Each party shall bear its own fees and costs. Petitioners have conferred with opposing counsel and Respondents, Federal Communications Commission and United States of America, consent to this motion.

DATED: July 21, 2025

Respectfully submitted,

/s/ *Oliver J. Dunford*
OLIVER J. DUNFORD
PACIFIC LEGAL FOUNDATION
4440 PGA Blvd., Suite 307
Palm Beach Gardens, FL 33410
Telephone: (916) 503-9060
ODunford@pacificlegal.org

*Counsel for Petitioner*

## CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2025, I electronically filed the foregoing document with the Clerk of Court for the United States Court of Appeals for the Fifth Circuit by using the appellate CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

/s/ *Oliver J. Dunford*
OLIVER J. DUNFORD
*Counsel for Petitioner*

# CERTIFICATE OF COMPLIANCE

I hereby certify that:

1. This document complies with Federal Rule of Appellate Procedure 27(d)(2)(A) because this motion contains 53 words, excluding items enumerated in Federal Rule of Appellate Procedure 32(f) and Fifth Circuit Rule 32.2. I relied on my word processor, Microsoft Word, to obtain the count.

2. This document complies with Federal Rule of Appellate Procedure 32(a)(5)–(6). It is printed in 14-point Century Schoolbook, a proportionately spaced font.

/s/ *Oliver J. Dunford*
OLIVER J. DUNFORD
*Counsel for Petitioner*
